IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| US ECOLOGY, INC. and EQ INDUSTRIAL SERVICES, INC., | § § § | |
| Plaintiffs Below, Appellants, | § § § | No. 370, 2018 |
| | § | Court Below: Court of Chancery |
| v. | § § | of the State of Delaware |
| ALLSTATE POWER VAC, INC. and ASPV HOLDINGS, INC., | § § § | C.A. No. 2017-0437-AGB |
| Defendants Below, Appellees. | § § § | |

Submitted: January 16, 2019
Decided: January 17, 2019

Before **STRINE**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## **O R D E R**

This 17th day of January 2019, we affirm the judgment of the Court of Chancery on the basis of its opinion dated June 18, 2018.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice

---

[1] *US Ecology, Inc. v. Allstate Power Vac, Inc.*, 2018 WL 3025418 (Del. Ch. June 18, 2018).